**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JAMES CALVIN ROBINSON**                                                                 **PLAINTIFF**

**V.**                                                                                                         **NO. 3:19CV00259-JMV**

**ANDREW SAUL**
*COMMISSIONER OF SOCIAL SECURITY*                                           **DEFENDANT**

## **ORDER**

Before the Court is Plaintiff's motion [13] for additional time to file and serve a memorandum brief. For good cause shown and being advised there is no objection by Defendant, the motion is granted, and Plaintiff's brief is now due on or before April 13, 2020.

SO ORDERED this 27th day of March, 2020.

                                                                                      /s/ Jane M. Virden
                                                                                      UNITED STATES MAGISTRATE JUDGE